IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      MEMORANDUM

        Plaintiff,

                      93-cr-44-bbc

    v.

DERRICK STANTON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On August 23, 2012, the court of appeals granted defendant's motion to recall the mandate which dismissed his appeal for failure to pay the filing fee. His appeal has been reinstated and a briefing schedule has been set.

Now defendant has filed a document entitled "Motion to Recall Mandate." His document is addressed to the court of appeals but it is unclear whether he mailed a copy to the court of appeals. I will send a copy of defendant's motion to recall the mandate as well

1

as a copy of this memorandum so it is aware of defendant's filing. Because the mandate has been recalled, defendant's filing will likely be denied by the court of appeals as moot.

Entered this 29th day of August, 2012.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge